THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY ILAX, Appellant.— On appeal from a judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], of the crime of petit larceny, the judgment of conviction is modified by reducing the sentence from a term of imprisonment in the New York City Penitentiary to the period of imprisonment which the defendant has already served, and as so modified, unanimously affirmed.   In our opinion the sentence imposed was grossly excessive for the theft of a piece of pastrami of the value of seventy-five cents, as a first offense.   The probation report concerning this defendant, sent to this court at its request, amply justifies this conclusion.   Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TIVEN, Appellant.— On appeal from a judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], of the crime of petit larceny, the judgment of conviction is modified by reducing the sentence from a term of imprisonment in the workhouse for six months to the period of imprisonment which the defendant has already served, and as so modified, unanimously affirmed.   In our opinion the sentence imposed was grossly excessive for the theft of a piece of pastrami of the value of seventy-five cents, as a first offense.   The probation report concerning this defendant, sent to this court at its request, amply justifies this conclusion.   Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

BERTHA REMBAUGH, Appellant, v. T. EVERETT C. TUTTLE and Others, Constituting the Board of Supervisors of the County of Suffolk, State of New York, and Others, Respondents.— Petitioner appeals from an order dismissing her petition in a proceeding in the nature of mandamus, under article 78 of the Civil Practice Act, to compel the reassessment of real property for taxation.   Order unanimously affirmed, without costs.   No opinion.   Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

EVELYN SCHULMAN, Respondent, v. MORRIS S. SCHULMAN, Appellant.— Order awarding alimony and counsel fee to plaintiff in an action for separation, affirmed, with ten dollars costs and disbursements, the counsel fee and arrears of alimony, if any, to be paid within ten days from the entry of the order hereon.   No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.